**E-filed on: 10/22/2012**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE GAZAVE, | No. C 12-05172 RMW |
| Plaintiff, | JUDGMENT |
| v. | |
| SUPERIOR COURT FAMILY COURT DIVISION | |
| Defendants. | |

On October 22, 2012, the court dismissed all claims with prejudice. Therefore, it is hereby ordered that judgment is entered in favor of defendants and against plaintiff. Plaintiff shall take nothing by way of her complaint.

DATED: October 22, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
No. C-12-05172 RMW
SW